Richard S. FETT, Plaintiff—Appellant,

v.

P.A. TERRANGI, Indian Creek Correctional Center and in their individual and official capacity; Monicia Porcher, Indian Creek Correctional Center and their individual and official capacity; Johnny Jones, Indian Creek Correctional Center and in their individual and official capacity; S. Goynes, Indian Creek Correctional Center and in their individual and official capacity; Anna Powers, in their individual and official capacity, Defendants—Appellees,

and

Charles E. THOMPSON, Staunton Correctional Center and in their individual and official capacity; Maggie N. Redmond, Staunton Correctional Center and in their individual and official capacity; Robert W. Byrd, Staunton Correctional Center and in their individual and official capacity; James Brockington, Jr., Indian Creek Correctional Center and in their individual and official capacity; C. Washington, Indian Creek Correctional Center and in their individual and official capacity, Defendants.

No. 03–7500.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2004.

Decided: April 2, 2004.

Richard S. Fett, Appellant pro se.

Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Richard S. Fett appeals the orders of the district court denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*